## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jennifer E. Peckally<br>            Michael J. Peckally<br>                            Debtors | CHAPTER 13 |
| Nationstar Mortgage LLC, its successors and/or assigns<br>                            Moving Party<br>            vs.<br>Jennifer E. Peckally<br>Michael J. Peckally<br>                            Debtors<br>William C. Miller Esq.<br>                            Trustee | NO. 16-10072 JKF<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC, which was filed with the Court on or about **June 22, 2016**.

                                                                        Respectfully submitted,

                                                                        **/s/ Joshua I. Goldman, Esquire**
                                                                        Joshua I. Goldman, Esquire
                                                                        Attorneys for Movant/Applicant
                                                                        KML Law Group, P.C.
                                                                        Main Number: (215) 627-1322

August 19, 2016