IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Michael J. Peckally      )   Chapter 13
         Jennifer E. Peckally     )
                                  )   No. 16-10072-JKF
             Debtors              )
                                  )

## CERTIFICATION OF NO OBJECTION

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees, and respectfully request that the Order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtors