*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael J. Peckally and
Jennifer E. Peckally
        Debtor(s)

Case No: 16–10072–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 2205 Avenue A, Levittown, PA, 19056. Fee Amount $181.00, Filed by Nationstar Mortgage LLC Represented by MATTEO SAMUEL WEINER

on: 10/31/17

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/5/17

Timothy B. McGrath
Clerk of Court

55 – 50
Form 167