United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-10072-elf
Michael J. Peckally                                                    Chapter 13
Jennifer E. Peckally
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Pamela            Page 1 of 1          Date Rcvd: Oct 05, 2017
                              Form ID: 167            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
db/jdb        +Michael J. Peckally,    Jennifer E. Peckally,    2205 Avenue A,    Levittown, PA 19056-3201
cr            +ARD Pennsbury, L.P.,    c/o Dana S. Plon, Esquire,    Sirlin Lesser & Benson, P.C.,
                123 South Broad Street, Suite 2100,    Philadelphia, PA 19109-1042
cr            +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
                610 York Road, Suite 200,    Jenkintown, PA 19046-2867
cr             Educational Credit Management Corporation,    P.O. Box 16408,   St. Paul, MN 55116-0408
cr            +PNC Bank, National Association,    Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esq.,
                1500 One PPG Place,    Pittsburgh, Pa 15222-5413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com
              DANA S. PLON    on behalf of Creditor    ARD Pennsbury, L.P. dplon@sirlinlaw.com
              DAVID M. OFFEN    on behalf of Debtor Michael J. Peckally dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Jennifer E. Peckally dmo160west@gmail.com,
               davidoffenecf@gmail.com
              HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael J. Peckally and
Jennifer E. Peckally
    Debtor(s)                 Case No: 16–10072–elf

                                                      Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 2205 Avenue A, Levittown, PA, 19056. Fee Amount $181.00, Filed by Nationstar Mortgage LLC Represented by MATTEO SAMUEL WEINER

    on: 10/31/17

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 10/5/17

For The Court

Timothy B. McGrath
Clerk of Court