```
                IN THE UNITED STATE BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| In Re | ) | Chapter 13 |
|     Michael J. Peckally | ) | |
|     Jennifer E. Peckally | ) | No. 16-10072-ELF |
| | ) | |
|     Debtors | ) | |

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Sell Property and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtors