United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 16-10072-elf
Michael J. Peckally                                                                 Chapter 13
Jennifer E. Peckally
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 1              Date Rcvd: Mar 08, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
db/jdb         +Michael J. Peckally,    Jennifer E. Peckally,    2205 Avenue A,    Levittown, PA 19056-3201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              DANA S. PLON    on behalf of Creditor    ARD Pennsbury, L.P. dplon@sirlinlaw.com
              DAVID M. OFFEN    on behalf of Debtor Michael J. Peckally dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Jennifer E. Peckally dmo160west@gmail.com,
               davidoffenecf@gmail.com
              HOWARD  GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,   229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  Chapter 13

Michael J. Peckally  :  No. 16-10072-ELF
Jennifer E. Peckally

  Debtors

## ORDER

**AND NOW**, this \_\_\_7th\_\_\_ day of \_\_\_March\_\_\_, 2018, upon consideration of the Motion to Sell Real Property filed by debtors, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED**, that debtors are granted permission to sell their real property located at 2205 Avenue A, Levittown PA 19056 ("Property"), free and clear of all liens, for the sale price of $239,900.00, pursuant to the terms of a certain real estate agreement of sale dated as of January 22, 2018, to the buyer(s) thereunder, Debra Douglas ("Buyer"), who has been represented to be purchasing the Property.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters

2. Liens and Mortgages paid at closing

3. Real estate taxes, sewer, trash and/or other such items

4. Property repairs, if any

5. Real estate commission, at no greater than 6%

6. Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement

After paying all liens in full and all costs of sale, the title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

The title company shall then pay the debtor his monies if the same is less than any exemption to which he is entitled. If there are any excess monies, then the same shall be paid to the Chapter 13 trustee for distribution to the unsecured creditors. At this time it is not expected for there to be any excess funds.

The 14 day stay under Rule 6004(h) is hereby waived and the parties are permitted to proceed with settlement prior to the expiration of 14 days.

_____
ERIC L. FRANK
~~CHIEF~~ U.S. BANKRUPTCY JUDGE