## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **MICHAEL J. PECKALLY** | : | Chapter 13 |
| | **JENNIFER E. PECKALLY,** | : | |
| | | : | |
| | Debtors | : | Bky. No. 16-10072 ELF |

# O R D E R

**AND NOW**, upon consideration of the **Debtor's Motion for Authority to Incur Post-Petition Secured Indebtedness** ("the Motion") (Doc. # 67), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion is scheduled on **May 1, 2018 , at 1:00 p.m.**, in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on: the Chapter 13 Trustee and all secured creditors by first class mail **no later than 5:00 p.m. on April 20, 2018**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall file a Certification in compliance with Local Rule 9014-4.

**Date: April 19, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**