IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re    Michael J. Peckally           )    Chapter 13
         Jennifer E. Peckally          )
         Debtors                       )    No. 16-10072-elf
                                       )
                                       )

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor