IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 16-10072-ELF |
| | : | |
| MICHAEL J. PECKALLY AND JENNIFER E. PECKALLY, | : | Chapter 13 |
| | : | |
| Debtor(s). | : | |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | Related to Doc. No. 22 |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. PECKALLY AND JENNIFER E. PECKALLY, | : | |
| | : | |
| Respondent(s). | : | |

## ORDER RESTRICTING PUBLIC ACCESS

AND NOW, this  18th  day of           April          , 2019, upon consideration of the Motion to Redact and Request to Restrict Public Access filed by PNC Bank, National Association, its hereby **ORDERED** that the Motion is **GRANTED**, and that Clerk shall restrict public access to Exhibits A and B of Doc. No. 22 **FORTHWITH**.

ERIC L. FRANK
United States Bankruptcy Judge