Certificate Number: 12433-PAE-DE-032810130

Bankruptcy Case Number: 16-10072



12433-PAE-DE-032810130

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 13, 2019, at 2:14 o'clock PM EDT, Michael Peckally completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 13, 2019         By:    /s/Lisa Susoev

                            Name:  Lisa Susoev

                            Title: Teacher