United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael J. Peckally
Jennifer E. Peckally
          Debtors

Case No. 16-10072-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 3          Date Rcvd: Sep 17, 2019
                             Form ID: 138NEW        Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.
```
db/jdb       #+Michael J. Peckally,    Jennifer E. Peckally,    2205 Avenue A,    Levittown, PA 19056-3201
cr            +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
               610 York Road, Suite 200,    Jenkintown, PA 19046-2867
cr            +PNC Bank, National Association,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esq.,
               1500 One PPG Place,    Pittsburgh, Pa 15222-5413
13668507      +ARD Pennsbury, L.P.,    c/o Dana S. Plon, Esquire,    Sirlin Lesser & Benson, P.C.,
               123 South Broad Street, Suite 2100,    Philadelphia, PA 19109-1042
13656753      +ARD Pennsbury, L.P.,    229 Plaza Blvd,    Morrisville, PA 19067-7601
13656751      +Aes/Pheaa Natnl Ln,    Po Box 61047,    Harrisburg, PA 17106-1047
13656752      +Amexdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13656756      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
13698441      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13656758      +Bonel Medical Equipment,    4817 N. Broad Street,    Philadelphia, PA 19141-2107
13656759      +Borough of Morrisville,    35 Union Street,    Morrisville, PA 19067-6246
13674183      +Bristol Township,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,    546 Wendel Road,
               Irwin, PA 15642-7539
13656760       Bucks Family Medicine, P.C.,    2346 Trenton Road Suite C,    Levittown, PA 19056-1423
13656764      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
13656763      +Carl J. Kaschak, DMD,    1030 Holland Road,    Holland, PA 18966-2398
13656766       Creditech,    PO Box 20330,    Lehigh Valley, PA 18002-0330
13737694       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
13879837       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
14249307      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company LLC,    PO Box 62180,
               Colorado Springs, CO 80962-4400)
13656768      +First Data,    265 Broad Hollow R,    Melville, NY 11747-4833
13656769      +Ford Credit,    Po Box 542000,    Omaha, NE 68154-8000
13656770      ++GEORGE LECK AND SON INC,    237 JACKSONVILLE RD,    WARMINSTER PA 18974-1511
               (address filed with court:  George Leck & Son Inc.,    P.O. Box 2609,    Warminster, PA 18974)
13656772      +Keystone Collections Group,    P.O. Box 499,    Irwin, PA 15642-0499
13656773       Laboratory Corp. of America Holdings,    Po Box 2240,    Burlington, NC 27216-2240
13656774      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13739386      +NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas TX 75261-9741)
13656777      +NJ E-ZPass Violations Processing Ctr.,    P.O. Box 4971,    Trenton, NJ 08650-4971
13656775      +Nancy J. Jolley, DMD,    2761 Trenton Road,    Levittown, PA 19056-1430
13839984      +Nationstar Mortgage LLC,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
               701 Market St., Ste. 5000,    Phila., PA 19106-1541
13676033       New Jersey Turnpike Authority,    Attn: Law Dept Mark Schneider Esquire,    PO Box 5042,
               Woodbridge, NJ 07095-5042
13670590      +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
13738311      +PNC BANK N.A.,    P.O. Box 94982,    CLEVELAND, OH 44101-4982
13733427      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13656780      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13656781      +Pnc Bank,    103 Bellevue Pkwy,    Wilmington, DE 19809-3701
13656782      +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13656784       Premiere Immediate Medical Care,    278 Eagleview Blvd.,    Exton, PA 19341-1157
13656785      +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
13673281      +Santander Bank, N.A.,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
13656786      +Sirlin, Lesser & Benson, PC,    123 S. Broad Stree, Suite 2100,    Philadelphia, PA 19109-1042
13656787      +Slomin's,    125 Lauman Lane,    Hicksville, NY 11801-6539
13656790      +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13724265      +WELLS FARGO BANK, N.A.,    MAC F8235-02F,    PO BOX 10438,    DES MOINES, IA 50306-0438
13736017      +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
13656791       Wells Fargo PL&L Loan Payment,    PO Box 14525,    Des Moines, IA 50306-3525
13656792      +Wf Crd Svc,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:16      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:16
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13664919       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 03:58:45
               American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
               Oklahoma City, OK  73124-8838
```

```
District/off: 0313-2          User: DonnaR            Page 2 of 3            Date Rcvd: Sep 17, 2019
                             Form ID: 138NEW          Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13684630        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 03:59:42
                Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
13656755        E-mail/Text: bankruptcy@bbandt.com Sep 18 2019 03:48:38     Bb&T,   Po Box 1847,
                Wilson, NC 27894
13665698       +E-mail/Text: bankruptcy@bbandt.com Sep 18 2019 03:48:38     BB&T, Bankruptcy Section,
                100-50-01-51,   PO Box 1847,   Wilson, NC 27894-1847
13656761        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 03:59:31
                Capital One Bank Usa N,   15000 Capital One Dr,   Richmond, VA 23238
13681849        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 03:59:33
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13656765        E-mail/Text: documentfiling@lciinc.com Sep 18 2019 03:47:03     Comcast Cable,   P.O. Box 3002,
                Southeastern, PA 19398-3002
13656767       +E-mail/Text: pa_dc_ed@navient.com Sep 18 2019 03:58:31     Dept Of Ed/Navient,   Po Box 9635,
                Wilkes Barre, PA 18773-9635
13711746       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 03:49:28     MIDLAND FUNDING LLC,
                PO Box 2011,   Warren, MI 48090-2011
13713521        E-mail/PDF: pa_dc_claims@navient.com Sep 18 2019 04:00:49     Navient Solutions Inc.,
                Department of Education Loan Services,   P.O. Box 9635,   Wilkes-Barre, PA 18773-9635
13682825       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 18 2019 03:48:39     PECO Energy Company,
                Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13736030        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 04:14:40
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13656778       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 18 2019 03:48:39     Peco Energy,
                2301 Market Street,   Philadelphia, PA 19103-1380
13656779       +E-mail/Text: bkrgeneric@penfed.org Sep 18 2019 03:48:24     Pentagon Federal Cr Un,
                Po Box 1432,   Alexandria, VA 22313-1432
13656788       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 03:59:21     Syncb/Gapdc,   Po Box 965005,
                Orlando, FL 32896-5005
13656789       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 03:59:21     Syncb/Toysrusdc,   Po Box 965005,
                Orlando, FL 32896-5005
13737561       +E-mail/Text: bncmail@w-legal.com Sep 18 2019 03:49:38     TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                        TOTAL: 20
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +ARD Pennsbury, L.P.,   c/o Dana S. Plon, Esquire,   Sirlin Lesser & Benson, P.C.,
                123 South Broad Street, Suite 2100,   Philadelphia, PA 19109-1042
cr*             Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN  55116-0408
13656754*      +ARD Pennsbury, L.P.,   229 Plaza Blvd,   Morrisville, PA 19067-7601
13656757*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
13656762*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One Bank Usa N,   15000 Capital One Dr,
                Richmond, VA 23238)
13672650*     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit Company, LLC,   Dept. 55953,   P.O. Box 55000,
                Detroit, MI 48255-0953)
13656776*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage Ll,   350 Highland Dr,   Lewisville, TX 75067)
13656783*      +Pnc Bank, N.A.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13656771      ##+Jennifer Peckally,   2205 Avenue A,   Levittown, PA 19056-3201
                                                                          TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: DonnaR              Page 3 of 3              Date Rcvd: Sep 17, 2019
                              Form ID: 138NEW           Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRETT ALAN SOLOMON   on behalf of Creditor    PNC Bank, National Association
           bsolomon@tuckerlaw.com,  agilbert@tuckerlaw.com
          DANA S. PLON    on behalf of Creditor    ARD Pennsbury, L.P. dplon@sirlinlaw.com
          DAVID M. OFFEN    on behalf of Debtor Michael J. Peckally dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          DAVID M. OFFEN    on behalf of Joint Debtor Jennifer E. Peckally dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
           hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
          JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
           jsnider@tuckerlaw.com,  agilbert@tuckerlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                      TOTAL: 14
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Michael J. Peckally and Jennifer E. Peckally

                Debtor(s)                                        Bankruptcy No: 16–10072–elf

                                                              Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 9/17/19

92 – 91
Form 138_new
