United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10072-elf
Michael J. Peckally                                                       Chapter 13
Jennifer E. Peckally
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin              Page 1 of 2              Date Rcvd: Oct 11, 2019
                             Form ID: 3180W           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db/jdb         #+Michael J. Peckally,    Jennifer E. Peckally,    2205 Avenue A,    Levittown, PA 19056-3201
13668507        +ARD Pennsbury, L.P.,    c/o Dana S. Plon, Esquire,    Sirlin Lesser & Benson, P.C.,
                  123 South Broad Street, Suite 2100,    Philadelphia, PA 19109-1042
13698441        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13674183        +Bristol Township,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,    546 Wendel Road,
                  Irwin, PA 15642-7539
13739386       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas TX 75261-9741)
13676033         New Jersey Turnpike Authority,    Attn: Law Dept Mark Schneider Esquire,    PO Box 5042,
                  Woodbridge, NJ 07095-5042
13738311        +PNC BANK N.A.,    P.O. BOX 94982,    CLEVELAND, OH 44101-4982
13733427        +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13673281        +Santander Bank, N.A.,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 12 2019 03:06:39     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2019 03:05:40
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 12 2019 03:06:34     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13664919        EDI: AIS.COM Oct 12 2019 06:53:00      American InfoSource LP as agent for,
                  First Data Global Leasing,    PO Box 248838,    Oklahoma City, OK  73124-8838
13684630        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 12 2019 03:13:58
                  Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                  Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
13665698       +E-mail/Text: bankruptcy@bbandt.com Oct 12 2019 03:05:30      BB&T, Bankruptcy Section,
                  100-50-01-51,    PO Box 1847,    Wilson, NC 27894-1847
13681849        EDI: CAPITALONE.COM Oct 12 2019 06:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
13737694        EDI: Q3G.COM Oct 12 2019 06:53:00      Department Store National Bank,    c/o Quantum3 Group LLC,
                  PO Box 657,    Kirkland, WA  98083-0657
13879837        EDI: ECMC.COM Oct 12 2019 06:53:00      Educational Credit Management Corporation,
                  P.O. Box 16408,    St. Paul, MN 55116-0408
14249307        EDI: FORD.COM Oct 12 2019 06:53:00      Ford Motor Credit Company LLC,    PO Box 62180,
                  Colorado Springs, CO 80962-4400
13672650        EDI: FORD.COM Oct 12 2019 06:53:00      Ford Motor Credit Company, LLC,    Dept. 55953,
                  P.O. Box 55000,    Detroit, MI 48255-0953
13711746       +EDI: MID8.COM Oct 12 2019 06:53:00      MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
13713521        EDI: NAVIENTFKASMSERV.COM Oct 12 2019 06:53:00      Navient Solutions Inc.,
                  Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
13682825       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 12 2019 03:05:32     PECO Energy Company,
                  Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13736030        EDI: PRA.COM Oct 12 2019 06:53:00      Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk VA 23541
13737561       +E-mail/Text: bncmail@w-legal.com Oct 12 2019 03:06:26     TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13724265       +EDI: WFFC.COM Oct 12 2019 06:53:00      WELLS FARGO BANK, N.A.,    MAC F8235-02F,    PO BOX 10438,
                  DES MOINES, IA 50306-0438
13736017       +EDI: WFFC.COM Oct 12 2019 06:53:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                  Des Moines, IA 50328-0001
                                                                                               TOTAL: 18

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: admin                 Page 2 of 2                   Date Rcvd: Oct 11, 2019
                              Form ID: 3180W              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com
              DANA S. PLON    on behalf of Creditor    ARD Pennsbury, L.P. dplon@sirlinlaw.com
              DAVID M. OFFEN    on behalf of Debtor Michael J. Peckally dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor Jennifer E. Peckally dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
               jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 14
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael J. Peckally** | Social Security number or ITIN  xxx–xx–9331 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jennifer E. Peckally** | Social Security number or ITIN  xxx–xx–8070 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **16–10072–elf** | | |

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael J. Peckally                                       Jennifer E. Peckally

                                                          **By the court:**    Eric L. Frank
10/10/19                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**