United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10072-elf
Michael J. Peckally                                                       Chapter 13
Jennifer E. Peckally
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: DonnaR              Page 1 of 1              Date Rcvd: Oct 28, 2019
                                Form ID: 195              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
db          #+Michael J. Peckally,    2205 Avenue A,    Levittown, PA 19056-3201
jdb         #+Jennifer E. Peckally,   2205 Avenue A,    Levittown, PA 19056-3201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com
              DANA S. PLON    on behalf of Creditor    ARD Pennsbury, L.P. dplon@sirlinlaw.com
              DAVID M. OFFEN    on behalf of Debtor Michael J. Peckally dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor Jennifer E. Peckally dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
               jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Michael J. Peckally and Jennifer E. Peckally              : Case No. 16−10072−elf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , October 28, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court